# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONAVE STANLEY,<br><br>    Plaintiffs<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA), INC.,<br><br>    Defendant | Case No.: 2:20-cv-02358-APG-EJY<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant G4S Secure Solutions (USA), Inc.'s statement regarding removal (ECF No. 7) and response to the order to show cause (ECF No. 8),

I ORDER the order to show cause (ECF No. 6) is deemed satisfied, and I will not remand this action to state court for lack of subject matter jurisdiction at this time.

DATED this 12th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE