# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONAVE STANLEY,<br><br>    Plaintiff<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA), INC.,<br><br>    Defendant | Case No.: 2:20-cv-02358-APG-EJY<br><br>**Order Accepting Report and Recommendation and Denying Motion to Amend**<br><br>[ECF Nos. 15, 18] |

On March 15, 2021, Magistrate Judge Youchah recommended that I deny plaintiff Donave Stanley's motion to amend. ECF No. 18. Stanley did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Youchah's report and recommendation **(ECF No. 18) is accepted** and plaintiff Donave Stanley's motion to amend **(ECF No. 15) is DENIED**.

DATED this 31st day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE