MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for G4S Secure Solutions (USA), Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Donave Stanley, Plaintiff | Case No.: 2:20-cv-2358 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| G4S Secure Solutions (USA), Inc.; DOE EMPLOYEE, a Nevada resident; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive | |
| Defendant. | |

The parties stipulate to dismiss this matter with prejudice, each to bear their own fees and costs. No trial date was scheduled.

DATED this 17th day of November, 2021.

DATED this 17th day of November, 2021.

CRAIG P. KENNY AND ASSOCIATES

/s/ Michael Lowry
MICHAEL P. LOWRY, ESQ.
CHRIS J. RICHARDSON, ESQ.
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Attorneys for G4S Secure Solutions USA, Inc.

/s/ Jimmy Howard
JULIE MERSCH
JIMMY HOWARD, ESQ.
501 S. 8th Street
Las Vegas, NV 89101
Attorneys for Plaintiff

**ORDER**

Having come before the Court upon the Parties' Stipulation and Order of Dismissal with prejudice, and having fully considered the same and found good causes exists, therefore:

It is hereby ORDERED, ADJUDGED, and DECREED that any and all claims and causes of action which were or could have been brought by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE and without costs or fees to any party.

DATED this 18th day of November, 2021

By _____
UNITED STATES DISTRICT JUDGE